## RICHARD KOSLIK *v.* COMMISSIONER OF CORRECTION

The petitioner Richard Koslik's petition for certification for appeal from the Appellate Court, 127 Conn. App. 801 (AC 31232), is granted, limited to the following issue:

"Did the Appellate Court properly determine that the habeas court improperly denied the petitioner's petition to appeal?"

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18792.

*Alan Jay Black*, special public defender, in support of the petition.

*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in opposition.

Decided May 31, 2011